**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000453
30-DEC-2020
08:19 AM
Dkt. 115 OAWST**

NO. CAAP-19-0000453

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THE ESTATE OF PATRICIA SIMPSON O'KIEFFE,
also known as PATRICIA S. O'KIEFFE, PATRICIA O'KIEFFE,
and TICIA O'KIEFFE, Deceased

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(P. NO. 18-1-0251 (Kona))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed on December 18, 2020 (**Stipulation**), and the record, it appears that (1) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (2) the Stipulation is signed by all of the parties to the appeal; and (3) all of the parties agree to bear their own attorneys' fees and costs. Therefore,

IT IS HEREBY ORDERED that the Stipulation, filed on December 18, 2020, is approved and the appeal is dismissed. Each party shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, December 30, 2020.


/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge